In the Matter of the Application of WILLIAM F. STANTON, Appellant, against GEORGE R. BARTLETT, Objector, and JOSEPH W. EDWARDS and WILLIAM V. KAIN, as Commissioners of Election for the County of Orange, New York, Respondents, for an Order Declaring Certain Objections Heretofore Filed by GEORGE R. BARTLETT, as a Citizen, to the Nominating Petition of WILLIAM F. STANTON for the Republican Nomination of District Attorney of Orange County, New York, Null and Void and of No Effect, and Restoring the Nominating Petition Heretofore Filed with the Board of Elections Nominating the Petitioner, WILLIAM F. STANTON, as a Candidate in the Republican Primary for the Office of District Attorney of Orange County, New York. In the Matter of the Application of WILLIAM F. STANTON, a Candidate Aggrieved, Appellant, against JOSEPH W. EDWARDS and WILLIAM V. KAIN, Constituting the Board of Elections of the County of Orange, New York, and GEORGE R. BARTLETT, as a Citizen and Enrolled Republican Voter of Orange County, New York, the Objector Herein, Respondents, for an Order Declaring Valid, Proper and Legally Effective, and Reinstating and Restoring the Designating Petition Filed with the Board of Elections Designating the Petitioner as Candidate for the Office of District Attorney of Orange County, New York, and to Place Petitioner's Name on the Official Primary Ballot.— Order denying appellant's application to declare valid, proper and legally effective, and to reinstate and restore the designating petition of appellant as a candidate in the primary election of the Republican party for the office of district attorney of Orange county, New York, and for other relief, affirmed, without costs. No opinion. Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ., concur.

In the Matter of the Application of JOSEPHINE TIMMS and SANFORD CHALFIN, Appellants, on Their Own Behalf and on Behalf of All Other Persons Designated as Candidates for the Public Office of Assemblyman and for the Party Positions of Members of the State Committee of the American Labor Party, of Delegates and Alternate Delegates to the State Convention of the American Labor Party, and of Delegates and Alternate Delegates to the Judicial Convention of the American Labor Party, Second Judicial District, All of Said Candidates Both for Public Office and for Party Position Being from the 4th Assembly District, County of Kings, for an Order Pursuant to Article XIV and Sections 330 and 335 of the Election Law against S. HOWARD COHEN and Others, Commissioners of Election of the City of New York, Constituting the Board of Elections of the City of New York, and HARRY SCHEPPS, Objector, Respondents.— Order denying appellants' motion to declare valid, proper, sufficient and legally effective the designation of the petitioners as candidates for public office and party positions to be voted for at the primary election of the American Labor party, 4th Assembly District, Kings county, and directing the Board of Elections to place the names of the petitioners, as such candidates, upon the official ballots to be used at the primary election, affirmed, without costs. (See *Matter of McElroy* v. *Cohen*, 286 N. Y. 686; *Matter of Lieblich* v. *Cohen*, Id. 559.) Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ., concur.